**Below is the Order of the Court.**

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 Bankruptcy |
| VIRGIL LEROY CAWYER, | Case No. 22-10669 – CMA |
| Debtor. | ORDER AVOIDING JUDGMENT LIEN OF PACCAR FINANCIAL CORP. PURSUANT TO 11 U.S.C. §522(f) |

  This matter came before the Court upon the motion of Virgil Leroy Cawyer ("Debtor").

  The Court considered the motion and any opposition thereto and the matters on record in this case. It appears for the reasons stated in the motion that Debtor's motion should be granted.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that:

  The lien resulting from the judgment entered in Clallam County Superior Court, Cause No. 11-2-00497-2 dated July 20, 2011 in favor of PACCAR Financial Corp. against

ORDER AVOIDING
JUDGMENT LIEN OF
PACCAR FINANCIAL
CORP.

Kevin R. Hansen, PLLC
1607 East Front Street, Suite C
Port Angeles, WA 98362-4636
(360) 452-8315

Debtors' homestead property located at 32 Martha Lane, Sequim, Washington is avoided in its entirety pursuant to 11 U.S.C. § 522(f).

/// End of Order ///

KEVIN R. HANSEN PLLC

/s/ Kevin R. Hansen
Kevin R. Hansen, WSBA #16777
Attorney for Debtor

ORDER AVOIDING
JUDGMENT LIEN OF
PACCAR FINANCIAL
CORP.

Kevin R. Hansen, PLLC
1607 East Front Street, Suite C
Port Angeles, WA 98362-4636
(360) 452-8315